LTD (4/20/05) mrf

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

In re
**Gregg Chapman Baird**
Debtor(s)

Case No. **05−36984−tmb7**

Filing Date: 6/14/05
CHAPTER 7 INITIAL LETTER TO DEBTOR

1. Your petition under Chapter 7 of the Bankruptcy Code was filed on the date shown above. A **NOTICE SETTING** the time and place of a **§341(a) MEETING** of your creditors **SHOULD ALSO BE IN THIS ENVELOPE.** All of your property is now under the exclusive jurisdiction of the United States Bankruptcy Court. It is your duty to preserve it and account for it to your trustee at that meeting. **YOU MUST ATTEND AND COMPLETE THE MEETING OR THE CASE MAY BE DISMISSED!** (*IMPORTANT NOTES:* (1) This meeting is ***NOT*** held at the court; AND (2) debtor **MUST BRING A PHOTO ID AND PROOF OF SOCIAL SECURITY NUMBER** to the meeting! For details see Explanation page of Notice of Meeting of Creditors.)

2. *IF* **THE NOTICE** of your meeting of creditors IS NOT in the same envelope as this letter, **CONTACT YOUR ATTORNEY IMMEDIATELY** for the meeting date, time and location!

3. **YOU MUST KEEP THE COURT, TRUSTEE, AND YOUR ATTORNEY ADVISED,** *IN WRITING,* **OF ANY CHANGE IN YOUR MAILING ADDRESS UNTIL YOUR CASE IS CLOSED!** Unless you do, all notices and orders will be mailed to your original address. **YOUR FAILURE TO RESPOND** to any notice or order **COULD RESULT IN** dismissal, denial of your discharge right, judgments against you, or other serious consequences.

4. The court mails notice of a meeting of creditors to each creditor listed with a complete address (including a city, state and zip code; or city and foreign country). If any creditor's address is incorrect, the notice might be returned to you and, if the debtor is an individual, those debts may not be discharged. You will also receive a separate list of all creditors whose notices were not mailed due to an incomplete address. If you find a correct address or zip code you should mail a copy of that notice (or a copy of any other notice returned to you) to the creditor, and also complete and file Local Form #101. If it was the court's mistake, you must notify us in writing immediately. To add or delete creditors, however, you must use Local Form #728.

5. The trustee may contact you regarding additional information [s]he would like you to bring to the meeting. Please review any request carefully. You are especially reminded that you must account to the trustee for any money owed to you on the filing date (including earned, but unpaid wages; tax refunds; and any sums on hand such as cash, bank balances, and uncashed checks). You may cash checks you received for the following: payroll; spousal or child support; unemployment; workers' compensation; and social security. However, you may be required to account to the trustee if any of these sums are ultimately not exempt. You should not cash checks for tax refunds, inheritance, or other sources that may be non−exempt funds. Bring those checks to your meeting. If you have any questions, contact your attorney or the Chapter 7 trustee assigned to your case.

6. Your secured creditors' rights will be determined by the trustee or the court. You may not dispose of any of your property, or allow any creditor to take property, without the written authority of this court or the trustee. If the trustee or the court releases the property claimed by a creditor, you should promptly consult your attorney for advice regarding any duty you may have to return it or make further payments.

7. **CHAPTER 13 − AN ALTERNATIVE.** If you would prefer to discharge your debts by paying them either in full or in part over a period of time (not to exceed 60 months), you may convert your case to one under Chapter 13. Chapter 13 normally provides for a discharge of more types of debts than Chapter 7; also protects your co−debtor(s); and allows you to keep your property. However you must have a regular income which allows you to pay your current expenses and a monthly payment to the trustee. Your total secured debts cannot exceed $922,975.00* and total unsecured debts cannot exceed $307,675.00.* The plan you file setting out the repayment terms must get court approval. If necessary, you may always convert back to a Chapter 7 case.
*Amounts may be adjusted on 4/1/07, and every 3 years thereafter with respect to cases filed on or after any adjustment date.

8. **REAFFIRMATION OF DEBTS** *(IMPORTANT):* No appearance at a hearing will be required for approval of any timely filed reaffirmation agreement which is accompanied by an attorney's affidavit. IF YOU ARE NOT REPRESENTED BY AN ATTORNEY, ALL YOUR REAFFIRMATION AGREEMENTS MUST BE ACCOMPANIED BY LOCAL FORM #718! All reaffirmation agreements must be filed with the court within 60 days of the first date set for the §341(a) meeting of creditors.

Dated: 6/20/05

Clerk, U.S. Bankruptcy Court