# UNITED STATES BANKRUPTCY COURT
## District of Oregon

In re
**Gregg Chapman Baird**

)
)
)
Case No. **05–36984–tmb7**
)
)
341(a) WORKSHEET
)
First Meeting Date: 7/21/05
)
)
)

Debtor(s)

Debtor's Address:    607 NE Freemont St
                     Portland, OR 97212–2154      Jt. Debtor's Address:

Attorney: AMANDA K. BAILEY                 Trustee: Robert K. Morrow Inc

FAILED To Complete §341(a) Mtg: ( )Debtor ( )JT Debtor(Wife) ( ) ATTY;     *AND* THEREFORE
the TRUSTEE STATES THAT (<u>CHECK</u> at least <u>ONE</u> AND <u>ALL</u> that apply);

( ) No further examination required of joint debtor who failed to complete meeting.

( ) Commencement of dismissal procedure is appropriate.

( ) Within 10 days trustee will submit form #750.3 (re: no dismissal).

( ) Debtor(s) did not produce proper I.D. at/before continued hrg – UST should file motion.

( ) 341 adjourned as further examination required by ( ) trustee ( ) creditor:_____.

( ) Notice was given to all that 341 mtg adjourned to _____ (time), on _____ (date),

at the location of _____ FOR THE REASON THAT:

_____

(NOTE: TRUSTEE ANNOUNCED NO WRITTEN NOTICE OF ADJOURNMENT WILL BE GIVEN, except to the debtor(s)
and debtor(s)' attorney, by the clerk, if neither were present.)

( ) Notice of adjourned 341 mtg. required BECAUSE _____,

could NOT be announced BECAUSE _____.

( ) Debtor's Change of Address:              ( ) Jt. Debtor's Change of Address:

## PERSONS ATTENDING MEETING

PRINT Your Name                           PRINT Name of Person or Business You Represent

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____

_____    _____