**FORM B9A** (Individual−No Asset) (4/14/05)

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF District of Oregon | U.S. BANKRUPTCY COURT<br>DISTRICT OF OREGON<br>**F I L E D**<br>June 20, 2005<br>Clerk, U.S. Bankruptcy Court<br>BY **mrf** DEPUTY |
|---|---|
| # Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, Deadlines, *Proposed Case Dismissal,* and Trustee Appointment | |

A Chapter 7 bankruptcy case concerning the debtor(s) named below was FILED ON 6/14/05.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office.
NOTE: The staff of the bankruptcy clerk's office is forbidden by law from giving legal advice.

### SEE REVERSE SIDE FOR IMPORTANT EXPLANATIONS

| Debtor(s) (name(s) and address):<br><br>**Gregg Chapman Baird**<br><br>607 NE Freemont St<br>Portland, OR 97212−2154 | Case Number: **05−36984−tmb7** |
|---|---|
| | Soc. Sec./Taxpayer ID Nos.: xxx−xx−7857 |
| | Debtor(s) Attorney:<br>AMANDA K. BAILEY<br>319 SW WASHINGTON ST #520<br>PORTLAND, OR 97204<br>Telephone No.: (503) 241−4869 |
| | Trustee:<br>Robert K. Morrow Inc<br>POB 1328<br>Portland, OR 97207<br>Telephone No.: (503) 227−5120 |

*DO **NOT** FILE A PROOF OF CLAIM UNLESS YOU RECEIVE A NOTICE TO DO SO!*

### Meeting of Creditors
**July 21, 2005** AT **03:30 PM** IN **US Trustee's Office, 620 SW Main St Rm 223, Portland, OR 97205**
 **(NOTE: NOT at Mult. Co. Cthse!)**

### Deadlines
**Documents must be *received* by the bankruptcy clerk's office by the following deadlines:**

*DEADLINE* **to File a Complaint Objecting to Discharge of the Debtor *or* to Determine Dischargeability of Certain Debts:** 9/19/05
*DEADLINE* **to Object to Exemptions:** Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions
The filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized.

### Notice of Proposed Dismissal of Case
**YOU ARE NOTIFIED** this case may be dismissed without further notice if the debtor(s) fail to either complete the meeting of creditors set above, or timely file any documents and/or make fee payments as ordered by the court, unless within 20 days of the above "FILED" date a party in interest files a written objection to dismissal, *setting forth* specific grounds, with the Clerk of Court AND sends copies to BOTH the debtor's attorney (or debtor if pro se) AND trustee.
 **IMPORTANT:** Unless you receive an Order of Dismissal from this court, this case is active and the automatic stay is in effect!

### Trustee Appointment
The trustee named above is hereby appointed as interim trustee in this case. Such trustee's bond shall be the blanket bond heretofore approved and filed with the U.S. Bankruptcy Court Clerk.

UNITED STATES TRUSTEE

*DO NOT FILE A PROOF OF CLAIM UNLESS YOU RECEIVE A NOTICE TO DO SO!*

| **Bankruptcy Clerk's Office:**<br><br>Phone: 503−326−2231  Office Hours: 9:00AM−4:30PM<br><br>Paper Document Filing Location: See Information on Back | **For the Court:**<br><br>Date: 6/20/05  Clerk, U.S. Bankruptcy Court |
|---|---|

| | |
|---|---|
| FORM B9A (4/14/05) | **EXPLANATIONS** |
| **Filing of Chapter 7 Bankruptcy Case** | A bankruptcy case under Chapter 7 of the Bankruptcy Code (Title 11, United States Code) has been filed in this court by the debtor(s) named on the front side, and an order for relief has been entered. |
| **Relief from Stay** | Requests for *NON*–judicial relief from the stay of §362(a) of the Bankruptcy Code, which limits actions to recover debtor's property, must comply with Local Form #715. Requests for judicial relief must comply with Local Form #720.50. |
| **Creditors May Not Take Certain Actions** | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. |
| **Meeting of Creditors** | The *DEBTOR* (both husband and wife in a joint case) *IS REQUIRED TO ATTEND AND COMPLETE* the meeting of creditors scheduled for the date, time and location listed on the front side *OR THIS CASE MAY BE DISMISSED!* **IMPORTANT NOTES:** (1) This meeting is **NOT** held at the court; AND (2) Debtor must provide a photo ID (e.g., driver's license; federal, state, student or military ID; U.S. passport; or resident alien card). Debtor must also provide proof of reported social security number (e.g., social security card; medical insurance card; pay stub; W–2 form; IRS form 1099; or Social Security Admin. report). **Original photo IDs and other documents are required.** Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| **Do Not File a Proof of Claim at This Time** | There does not appear to be any property available to the trustee to pay creditors. *YOU THEREFORE SHOULD **NOT** FILE A PROOF OF CLAIM AT THIS TIME.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim and the deadline for filing your proof of claim, and providing you with a partially completed proof of claim form. |
| **Discharge of Debts** | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), (6), or (15), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and the required filing fee by that Deadline. |
| **Exempt Property** | The debtor is permitted by law to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive that objection by the "Deadline to Object to Exemptions" listed on the front side. |
| **Bankruptcy Court Clerk's Office (Document Filing, and Copies)** | Any PAPER document that you file in this bankruptcy case (i.e., one not filed electronically via the Internet) must be filed at:<br>U.S. Bankruptcy Court<br>1001 SW 5th Ave #700<br>Portland, OR 97204<br>*(**IMPORTANT NOTE:** The Meeting of Creditors is **NOT** held at this address!)*<br><br>You may inspect all filed documents, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. A deputy clerk will make copies of paper documents for 50¢ a page (e.g., Schedules average $10). Additionally, but only in the Portland office as the Eugene vendor quit, you may make copies of paper documents for 15¢ a page. If the document is available as an electronic image, then you may make copies for 10¢ per page using a public access terminal at either court office. Written requests for copies of court documents must include a self addressed and stamped 9" x 12" envelope, a $26 search fee and the appropriate copy fee. |
| **Internet Access, Information and Legal Advice** | Court, and most case information, may also be accessed via the court's website at www.orb.uscourts.gov. For account numbers, etc. contact the debtor's attorney. Contact your *OWN* attorney with other questions and to protect your rights. The clerk's office staff is forbidden by law from giving legal advice! |
| –– Refer to Other Side for Important Deadlines and Notices –– | |

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

District/off: 0979-3          User: maggie           Page 1 of 1             Date Rcvd: Jun 20, 2005
Case: 05-36984                Form ID: B9A           Total Served: 26

```
The following entities were served by first class mail on Jun 22, 2005.
 db        Gregg Chapman Baird,   607 NE Freemont St,   Portland, OR   97212-2154
 aty      +AMANDA K. BAILEY,   319 SW WASHINGTON ST #520,   PORTLAND, OR  97204-2620
 tr       +Robert K. Morrow Inc,   POB 1328,   Portland, OR  97207-1328
 smg      +Dept of Justice,   Division of Child Support,   Attn: Bankruptcy Unit,   POB 14670,
            Salem, OR  97309-5013
 ust      +US Trustee, Portland,   620 SW Main St Rm 213,   Portland, OR  97205-3026
5796958    AT And T Universal Card,   PO Box 8029,   South Hackensack, NJ  07606-8029
5796959    AT And T Universal Card,   PO Box 6500,   Sioux Falls, SD  57117-6500
5796960    AT And T Universal Card,   c/o NFS, Inc.,   PO Box 9041,   Hicksville, NY  11802-9041
5796962    Brent Frederick,   1835 NE 53rd Ave,   Portland, OR  97213-2741
5796963    Cingular Wireless,   PO Box 8229,   Aurora, IL  60572-8229
5796964    Citibank,   PO Box 6500,   Sioux Falls, SD  57117-6500
5796965    Citibank,   c/o NFS, Inc.,   PO Box 9041,   Hicksville, NY  11802-9041
5796966   +Citibank,   c/o Collectcorp,   455 N 3rd St Ste 260,   Phoenix, AZ  85004-3937
5796967    Citibank Choice,   PO BOX 6000,   The Lakes, NV  89163-0001
5796970   +IRS Insolvency Unit #3,   1220 SW Third Ave, MS O240,   Portland, OR  97204-2825
5796968   +Internal Revenue Service,   By Karin Immergut, US Atty,   1000 SW Third, Ste 600,
            Portland, OR  97204-2936
5796971    John And Kay Baird,   3880 Garden Valley Rd,   Roseburg, OR  97470-9221
5796974    MBNA,   c/o True Logic Mile Rock,   PO Box 4387,   Englewood, CO  80155-4387
5796972    MBNA,   PO Box 15137,   Wilmington, DE  19850-5137
5796973    MBNA,   PO Box 15102,   Wilmington, DE  19886-5102
5796976    Unitus Community Credit Union,   2121 SW 4th Ave,   Portland, OR  97201-4904
5796978    Wells Fargo Bank,   c/o Attention, LLC,   PO Box 2508,   Sherman, TX  75091-2508
5796977    Wells Fargo Bank,   PO Box 6995,   Portland, OR  97228-6995

The following entities were served by electronic transmission on Jun 21, 2005 and receipt of the transmission
was confirmed on:
5796958    EDI: CITICORP.COM Jun 20 2005 22:44:00      AT And T Universal Card,   PO Box 8029,
            South Hackensack, NJ  07606-8029
5796959    EDI: CITICORP.COM Jun 20 2005 22:44:00      AT And T Universal Card,   PO Box 6500,
            Sioux Falls, SD  57117-6500
5796961    EDI: BANKAMER.COM Jun 20 2005 22:44:00      Bank Of America,   PO Box 45224,
            Jacksonville, FL  32232-5224
5796964    EDI: CITICORP.COM Jun 20 2005 22:44:00      Citibank,   PO Box 6500,   Sioux Falls, SD  57117-6500
5796969   +EDI: IRS.COM Jun 20 2005 22:43:00      IRS,   By Attorney General,   10th Constitution NW #4400,
            Washington, DC  20530-0001
5796975   +EDI: ORREV.COM Jun 20 2005 22:43:00      Oregon Department Of Revenue,   Attn Bankruptcy Unit,
            955 Center St NE,   Salem, OR  97301-2554
                                                                                             TOTAL: 6

           ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 22, 2005**                         **Signature:** *Joseph Speetjens*